**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**SENTENCING**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | **COURT MINUTES – CRIMINAL** |
| Plaintiff, | ) | |
| v. | ) | Case No: 22-CR-322 (SRN/DTS) |
| | ) | Date: Wednesday, December 10, 2025 |
| **MATTHEW THOMAS ONOFRIO**, | ) | Court Reporter: Tim Willette |
| | ) | Courthouse: Saint Paul |
| Defendant. | ) | Courtroom: Devitt |
| | ) | Time Commenced: 9:30 a.m. |
| | ) | Time Concluded: 10:40 a.m. |
| | ) | Time in Court: One (1) Hour Ten (10) Minutes |

Before The Hon. Susan Richard Nelson, United States District Judge, Saint Paul, Minnesota.

**APPEARANCES**:
    For Plaintiff:    Matthew Murphy / Craig Baune / Erin Secord, United States Attorney's Office
    For Defendant:    Marsh Halberg / Eric Nelson, RET

**PROCEEDINGS**:
  X **Sentencing**

**IT IS ORDERED**:
  Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| COUNT ONE (1) INDICTMENT | X | | THIRTY-SIX (36) MONTHS | | TWO (2) YEARS | | |

  X **See J&C for Special Conditions**.

  X **Defendant sentenced to pay**:
    X Special Assessment in the amount of $100.00 to the Crime Victims Fund due immediately.
    X Restitution to MidCountry Bank is ORDERED in the amount of $5,393,641.
    X Further Restitution as to American Bank of Beaver Dam, Capital Credit Union, Citizens Community Federal, First Security Bank, and Village Bank is DEFERRED for approximately Ninety (90) Days.
    X Counts Two (2) and Three (3) of the Indictment were DISMISSED on the Motion of the United States

  X **Sealed Matters**:    Sentencing documents [Specifically Doc. Nos. 88, 90, and 91] shall remain sealed.

Dated:  Wednesday, December 10, 2025          *s/Lynn L. Magee*
                                                                                Courtroom Deputy to
                                                                                The Hon. Susan Richard Nelson